**No. 09-8777. Jimmy Lee Nelson, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada.**

559 U.S. 1039, 130 S. Ct. 2066, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2779.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 350 Fed. Appx. 134.

**No. 09-8779. Robert E. Collier, Petitioner v. United States.**

559 U.S. 1039, 130 S. Ct. 2066, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2909.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 581 F.3d 755.

**No. 09-8786. Morgan Brittany Ashford, Petitioner v. Arizona.**

559 U.S. 1039, 130 S. Ct. 2067, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2835.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

**No. 09-8787. Janel Hyeshia Buycks, Petitioner v. California Unemployment Insurance Appeals Board, et al.**

559 U.S. 1039, 130 S. Ct. 2067, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2771.

March 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-8788. Everett Leon Black, Petitioner v. United States.**

559 U.S. 1039, 130 S. Ct. 2067, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2802.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8798. Freddy Lee Slack, Petitioner v. Jackie Jones, et al.**

559 U.S. 1040, 130 S. Ct. 2067, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2830.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 348 Fed. Appx. 361.

**No. 09-8812. Patricio Linares, Petitioner v. Albrith, Registered Nurse, et al.**

559 U.S. 1040, 130 S. Ct. 2068, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2760.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.